FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 OCT 14 PM 2:02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

SERGIO FUENTES,

        Plaintiff,

v.                              Case No. 3:11-cv-363-J-20TEM

K. A. COLEMAN,

        Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff paid the $350.00 filing fee in this case. Thus, because he is not proceeding in forma pauperis, the Court ordered him to provide the Court with certification of service and documents reflecting proper, completed service upon the Defendant on or before August 19, 2011. The Court notified Plaintiff that his failure to provide proof of proper service for the Defendant or failure to show good cause for the failure to effect service within the time allotted would result in the dismissal of this action without further notice.

On July 8, 2011, Plaintiff filed a Notification of Service of Summons (Doc. #6), in which he states that he gave copies of the Complaint and three summons to Correctional Officer J. E. Culppeper for service of process upon the Defendant. However, as of the date of this Order, Plaintiff has failed to provide the Court with any documents reflecting proper, completed service upon the Defendant.

Therefore, it is now

**ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice, and close this case.

3. The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if he desires to proceed as a pauper) **or** pay the $350.00 filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of October, 2011.

UNITED STATES DISTRICT JUDGE

ps 10/11
c:
Sergio Fuentes